IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:13CR173-002 |
| ) | (Financial Litigation Unit) |
| ANTONIO DEMARCUS CLENDENING ) | |

**ORDER**

Upon consideration of the United States' motion for an order that funds held by the Charlotte Mecklenburg Police Department (CMPD) be applied to restitution in this case, and having been advised that CMPD has $7,761.00 in cash that was seized as evidence during the investigation of Defendant Clendening's criminal activity, and no objection, response, or laim being filed within the time allowed,

IT IS HEREBY ORDERED that the Charlotte Mecklenburg Police Department shall convey the $7,761, to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, in satisfaction of the restitution imposed by the criminal judgment in this matter.

Signed: April 4, 2016

Max O. Cogburn Jr
United States District Judge